IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 02-172-14 |
| | : |
| FREDERICK LEACH | : |
| USM#56330-066 | : |

ORDER

AND NOW this 15th day of May, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 151 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE STEWART DALZELL
Senior United States District Court Judge

5/15/15   2cc: Marshal
              Prob - R. Weishepu
              B. McKeon, AUSA
              E. Toplin, Esq.